USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ASPEX EYEWEAR, INC. et ano,           :

                Plaintiffs,     :           **ORDER**

      - against -                    :           07 Civ. 2373 (DC)

CLARITI EYEWEAR, INC.,                :

                Defendant.      :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Defendant Clariti Eyewear, Inc. has filed a motion for summary judgment without requesting a premotion conference pursuant to the Court's individual practices. In fact, my law clerk specifically informed defense counsel by telephone that a premotion conference was necessary before filing such a motion, but defendant has nonetheless filed the motion without requesting a conference.

        The motion for summary judgment is denied, without prejudice to refiling after a premotion conference has been held. A premotion conference will be held on April 3, 2008, at 10:00 a.m. at 500 Pearl Street, New York, New York 10007, Courtroom 11A.

        SO ORDERED.

Dated:    New York, New York
          March 20, 2008

                                        DENNY CHIN
                                        United States District Judge