USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | Civil Action No. 07-cv-2373 (DC) (THK) |
| Plaintiffs, | District Judge Denny Chin |
| v. | Magistrate Judge Theodore H. Katz |
| CLARITI EYEWEAR, INC., | |
| Defendant.    x | |
| CLARITI EYEWEAR, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | |
| Counterclaim Defendants.    x | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Aspex Eyewear, Inc. ("Aspex") and Contour Optik, Inc. ("Contour") hereby appeal to the United States Court of Appeals for the Federal Circuit from the November 26, 2008 final judgment of the United States District Court for the Southern District of New York (entered on December 1, 2008), and from all prior adverse orders, including the November 26, 2008 Memorandum Decision.

960361_1.DOC

Payment in the amount of $455.00 accompanies this notice, which includes the docket fee of the United States Court of Appeals for the Federal Circuit.

                        Respectfully submitted,

                        LERNER, DAVID, LITTENBERG,
                         KRUMHOLZ & MENTLIK, LLP
                        600 South Avenue West
                        Westfield, NJ 07090-1497
                        Tel:    908.654.5000
                        Fax:   908.654.7866
                        *Attorneys for Plaintiffs Aspex*
                        *Eyewear, Inc. and Contour Optik, Inc.*

Dated: December 24, 2008          By: _/s/ Russell W. Faegenburg_
                                                  Russell W. Faegenburg
                                                  Tel:    908.654.5000
                                                  E-mail: rfaegenburg@ldlkm.com
                                                             litigation@ldlkm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appeal of Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc. is being served upon the following counsel of record this 24th day of December, 2008, as follows:

**VIA FIRST-CLASS MAIL**

>Andrew D. Skale, Esq.
>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
>5355 Mira Sorrento Place
>Suite 600
>San Diego, CA 92121
>E-mail: askale@mintz.com

>Kevin N. Ainsworth, Esq.
>Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
>Chrysler Center
>666 Third Avenue
>New York, NY 10017
>E-mail: kainsworth@mintz.com

_____
Russell W. Faegenburg

ASPEX 6.1-002
Civil Action No. 07-cv-2373

960418_1.DOC