07CV2373
(DC)

# United States Court of Appeals for the Federal Circuit

2009-1147,-1162

ASPEX EYEWEAR INC.
and CONTOUR OPTIK, INC.,

                Plaintiffs-Appellants,

v.

CLARITI EYEWEAR, INC.,

                Defendant-Cross-Appellant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 AUG 2010

## Judgment

ON APPEAL from the     United States District Court for the Southern District of New York

in CASE NO(S).     07-CV-2373

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

*Jan Horbaly* /MC

Jan Horbaly, Clerk

DATED MAY 2 4 2010

Issued as Mandate: AUG 1 2 2010
COSTS:
Printing .................... $548.88
Total ........................ $548.88

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 8/12/10